IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| LYDIA P. CHAPA, INDIVIDUALLY AND AS NEXT FRIEND OF GABRIELLA N. CHAPA, MINOR, AND AS REPRESENTATIVE OF THE ESTATE OF JOSE CHAPA, III, DECEASED, FOR AND ON BEHALF OF ALL THOSE ENTITLED TO RECOVER FOR HIS DEATH UNDER THE TEXAS WRONGFUL DEATH AND SURVIVAL ACTS,<br><br>**Plaintiffs**<br><br>v.<br><br>DEGUSSA ENGINEERED CARBONS, L.P., SIDNEY MANUFACTURING COMPANY, AND KONE, INC.<br><br>**Defendants** | § § § § § § § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 05-351<br>JURY DEMAND |

CONSOLIDATED WITH

| | | |
|---|---|---|
| JOSE CHAPA, JR. INDIVIDUALLY AND ON BEHALF OF THE ESTATE OF HIS LATE SON JOSE CHAPA, III DECEASED<br><br>**Plaintiffs**<br><br>v.<br><br>SIDNEY MANUFACTURING COMPANY, KONE INC., DEGUSSA ENGINEERED CARBONS, L.P. AND DEGUSSA CORP.<br><br>**Defendants** | § § § § § § § § § § § § § § § § § | CIVIL ACTION NO. 05-422 |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE MINOR'S SETTLEMENT

On the _____ day of June 2006, the Court considered Plaintiffs' Unopposed Motion to Approve Minor's Settlement. After considering the Motion, the recommendation of the Court appointed Guardian ad Litem, and after a hearing on the Motions, the Court makes the following ruling:

It is ORDERED that the Unopposed Motion to Approve Minor's Settlement for Gabriella N. Chapa, only is GRANTED, and that such settlement agreement between Gabriella N. Chapa and the Defendants Degussa Engineered Carbons, L.P., Degussa Corp. and Kone, Inc. is approved, and that the net settlement sum for Gabriella N. Chapa will be placed into a structured settlement and trust for the minor's benefit.

SIGNED on this the _____ 22 day of June 2006.

_____
H. W. Head, Jr.
Chief Judge